**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**April 9, 2003**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 02-11082

Summary Calendar

IN THE MATTER OF: BILLY RAY DELP, JR. Debtor.
BILLY RAY DELP, JR; GERTRUDE DELP,

Appellants,

VERSUS

OAKVIEW LTD,

Appellee.

Appeal from the United States District Court
For the Northern District of Texas, Fort Worth
USDC No. 01-CV-736

Before BARKSDALE, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Billy Ray Delp, Jr. and Gertrude Delp (hereinafter referred to collectively as "the Delps") appealed to this Court from the final judgment entered by the United States District Court for the Northern District of Texas on August 23, 2002, which affirmed an order of the U.S. Bankruptcy Court entered on June 27, 2002, which

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

denied the Delps' amended motion for re-reconsideration of the judgment of the bankruptcy court entered on February 28, 2001. For the reasons stated by the U.S. District Court in its "Order Affirming Bankruptcy Court" entered under date of August 23, 2002, we AFFIRM the final judgment of the District Court entered of even date therewith. AFFIRMED.